AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paulm Sterling | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 11- CV- 639 - A |
| v. | |
| Mercantile Adjustment Bureau, LLC | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, pursuant to the terms of the parties' Stipulation, judgment is entered in favor of plaintiff Paul Sterling in the amount of $12,500, and this action is closed.

Date: April 7, 2014

MICHAEL J. ROEMER,
Clerk of the Court

By: s/Denise Collier
Deputy Clerk